## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ANIKA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-636-JAR |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On April 10, 2012, the Court ordered plaintiff to file an amended complaint, in compliance with Local Rule 5-2.17(A), no later than April 30, 2012 [Doc. #5]. To date, plaintiff has failed to comply with this Order. Before dismissing this action, the Court will afford plaintiff one last opportunity to file an amended complaint, redacting the names of minor children.

Accordingly,

**IT IS HEREBY ORDERED** that **ON OR BEFORE JUNE 21, 2012,** plaintiff shall file an amended complaint that complies with Local Rule 5-2.17(A).

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Order will result in the dismissal of this action, without prejudice and without further notice to plaintiff.

Dated this 21st day of May, 2012.

                                                                                              _____
                                                                                              JOHN A. ROSS
                                                                                              UNITED STATES DISTRICT JUDGE