UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANIKA TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:12-CV-636-JAR |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion.  Anika Taylor has submitted a complaint on behalf of her disabled, minor son, D.M.T.

Civil actions by minors and incompetent persons may be commenced and prosecuted only by a duly appointed guardian or, if there is no such guardian, by a next friend appointed by the Court in the civil action.  See Fed.R.Civ.P. 17(c)(2).  Anika Taylor has not filed a motion for appointment of next friend on behalf of D.M.T. in this matter, and a next friend must be appointed before further proceedings may occur.

Accordingly, the Court will order Anika Taylor to file a motion for appointment of next friend.  In the motion, Anika Taylor shall set forth (1) her relationship to D.M.T.; (2) the reason(s) why D.M.T. cannot represent himself; and (3) a request that the Court appoint her as next friend for the purpose of commencing and prosecuting this action on

behalf of D.M.T., a minor. Failure to file such a motion will result in this action being dismissed without further notice to the parties.

Therefore,

**IT IS HEREBY ORDERED** that, within thirty (30) days of the date of this Order, Anika Taylor shall, in accordance with this Memorandum and Order, file a motion for appointment of next friend for the purpose of commencing and prosecuting this action on behalf of D.M.T., a minor. Failure to file this motion shall result in the dismissal of this action without prejudice.

Dated this 26th day of June, 2012.

                                                    JOHN A. ROSS
                                                    UNITED STATES DISTRICT JUDGE